UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMUEL RAMIREZ-LOPEZ,<br><br>      Plaintiff,<br> v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT OFFICE DIRECTOR,<br><br>      Defendant. | CASE NO. 2:23-cv-01577-DGE-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 15) |

On March 28, 2024, Chief Magistrate Judge Theresa L. Fricke issued a Report and Recommendation recommending denial of Petitioner's 28 U.S.C. § 2241 habeas petition as moot, striking the Government's motion to dismiss as moot, and dismissing this case without prejudice. (Dkt. No. 15.)

Having reviewed de novo the Report and Recommendation, the petition for writ of federal habeas corpus relief under 28 U.S.C. § 2241, and the remaining record, and no objections having been filed, the Court hereby ORDERS:

(1) Judge Fricke's Report and Recommendation (Dkt. No. 15) is ADOPTED;

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 15) - 1

(2) Petitioner's habeas petition (Dkt. Nos. 1, 4) is DENIED as moot;

(3) The Government's motion to dismiss (Dkt. No. 7) is DENIED/STRICKEN as moot;

(4) The case is DISMISSED without prejudice; and

(5) The Clerk is directed to send copies of this Order to Petitioner, counsel for the Government, and to Judge Fricke.

Dated this 24th day of May 2024.

David G. Estudillo
United States District Judge